IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

MARVIN WEST and             CASE NO. 14-30726
JEANETTE WEST               CHAPTER 13
    Debtor.

## REPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 1 OF CREDITOR STATE OF ALABAMA

Comes now the State of Alabama Department of Revenue ("Department") and files its response to the Debtor's Objection to the Department's Claim No. 1. The Department's Claim No. 1 is based on the Debtor's outstanding liability for Alabama income tax for the 2008, 2010, 2011, and 2012 tax years. The claim is in the amount of $20,132.34 and is designated as secured by statutory tax liens.

The Debtor objects to the classification of any portion of this outstanding debt as secured on the following grounds: (1) that the Department has not provided proof that the tax liens for these years were perfected prior to the filing of this bankruptcy case and (2) that, even if perfected, there is no unencumbered collateral in the bankruptcy estate to which the Department's tax liens can attach. The Debtor therefore requests that the Department's Claim No. 1 be re-designated as a priority claim in the amount of $18,235.07, with the balance designated as unsecured non-priority.

The Department responds to the Debtor's contentions as follows:

1.     As evidenced by Exhibit A to this response, the Department's liens for 2008, 2010, 2011, and 2012 were properly perfected prior to the filing of the bankruptcy case by the filing of notice of each lien in the office of the Probate Judge of Montgomery County, Alabama on the following respective dates: November 16, 2010; November 12,

2013; January 14, 2014; and March 18, 2014.

2. The Department admits that there is not sufficient unencumbered collateral in the bankruptcy estate to which the Department's liens can attach.

3. The Department therefore consents to the re-designation of its Claim No. 1 as a priority claim in the amount of $18,235.07, with the balance designated as unsecured non-priority.

Respectfully submitted on this 21st day of April, 2015.

/s/ Kelley Askew Gillikin
KELLEY ASKEW GILLIKIN
Assistant Attorney General, State of Alabama
Assistant Counsel, Department of Revenue
ASB-4137-N65K
P. O. Box 320001
Montgomery, AL 36132-0001
(334) 242-9690
kelley.gillikin@revenue.alabama.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all interested parties, including:

Richard Shinbaum, Attorney for Debtor
Rshinbaum@smclegal.com

Curtis Reding, Trustee
trustees_office@ch13mdal.com

/s/ Kelley Askew Gillikin
KELLEY ASKEW GILLIKIN